IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

CONNELL SOLERA, LLC,

Plaintiff,

v.

LUBRIZOL ADVANCED MATERIALS, INC.,
CHARLOTTE PIPE & FOUNDRY, INC., and
CRESLINE PLASTIC PIPE CO., INC.,

Defendants.

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. § 1446, Defendants, Lubrizol Advanced Materials, Inc. ("Lubrizol"),

Charlotte Pipe & Foundry Co. ("Charlotte Pipe"), and Cresline Plastic Pipe Co., Inc. ("Cresline"),

jointly file this Notice of Removal of the above-captioned civil action, which was filed against

them by Plaintiff, Connell Solera, LLC, in the District Court for the City and County of Denver,

Colorado, to the United States District Court for the District of Colorado, on the basis of the

following facts.

### Jurisdiction and Venue

1.     This Court has original jurisdiction over this matter pursuant to 28 U.S.C.

§§ 1332(a)(1) and 1441 (a) and (b) because it comprises a civil action where the matter in

controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

2.      Venue is proper in this Court, pursuant to 28 U.S.C. § 1446(a), because this District and Division embrace the place in which the state court action was filed and has been pending.

## Timeliness of Removal

3.      This case originated in the District Court for the City and County of Denver, Colorado, as Case No. 2020-CV-33836, captioned *Connell Solera, LLC v. Lubrizol Advanced Materials, Inc., et al.*

4.      The Complaint in this case, a copy of which is attached as Exhibit A, was filed on November 11, 2020.

5.      On or about January 12, 2021, Connell Solera filed a *Motion for Extension of Time to Complete Service of Process* without consultation with Defendants. *See* Exhibit B.  The motion was granted in part on January 13, 2021. *Id*. at 3.

6.      Lubrizol was served on January 25, 2021. *See* Exhibit C.

7.      Charlotte Pipe was served on January 25, 2021. *Id*. at 3.

8.      Cresline was served on January 25, 2021. *Id*. at 5.

9.      Pursuant to 28 U.S.C. § 1446(b) and Fed.R.Civ.P. 6(a), Defendants, who each consent to this filing, now timely file this Notice of Removal.

## Amount in Controversy

10.     Pursuant to Colo.R.Civ.P. 16.1, Connell Solera filed a Civil Case Cover Sheet with its initial pleading indicating that the amount in controversy is greater than $100,000, exclusive of interest and costs.  Indeed, Connell Solera checked the box indicating:

> *A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees,*

> penalties, and punitive damages; it excludes interest and costs, as
> well as the value of any equitable relief sought.

Exhibit A, at 1.

11.     As the U.S. Court of Appeals for the Tenth Circuit has made clear, a Colorado Civil Case Cover Sheet constitutes either part of the "initial pleading" under 28 U.S.C. § 1446(b)(1) or an "other paper" under 28 U.S.C. § 1446(b)(3) such that a defendant may rely upon the plaintiff's representations therein for purposes of alleging the amount in controversy. *Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) ("We think that view is sound. There is no ambiguity in the cover sheet. And we see no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding (whether or not simplified procedures will apply).").

12.     Furthermore, in its Complaint, Connell Solera supports the representations in its Civil Case Cover Sheet by stating the magnitude of the alleged problem.

13.     Connell Solera has attempted to plead eight causes of action related to its allegations that the plumbing system located within an 11-story residential housing complex in Denver, Colorado known as the "Solera Apartments" failed as a result of Defendants' negligence. *See* Exhibit A.

14.     In 2011, Connell Solera acquired the Solera Apartments, which contains 111,158 square feet of apartment space, for $37 million. *See* Exhibit D.

15.     In relation to the plumbing system, Connell Solera alleges:

a.      "The FlowGuard Gold pipes and fittings will continue to deteriorate and degrade and, unless the plumbing system is replaced in its entirety, Plaintiff's potable plumbing system will continue to fail, resulting in damage to Plaintiff's property, including walls, ceilings, floors and other personal property." Exhibit A, at ¶ 49.

b.      Connell Solera "has been advised by plumbing professionals that it must replace the FlowGuard Gold pipes and fittings wherever it currently exists throughout the 11-story building." *Id.* at ¶ 50.

c.      Connell Solera "has and will incur damages in the amount of the cost of the full replacement of the defective FlowGuard Gold pipes and fittings, other necessary repairs to the plumbing systems, related damages and repairs to the Solera Apartments resulting from the repair and replacement process, and consequential damages, including loss of use of and loss of rent from some or all of the property while the plumbing system is replaced." *Id.* at ¶ 51.

16.     In other words, Connell Solera alleges that the entire plumbing system in the Solera Apartments needs to be replaced and that the amount in controversy, as alleged by Connell Solera, encompasses the cost of such replacement.

17.     Pursuant to 28 U.S.C. § 1446(b)(3) and/or (c)(2), therefore, this matter comprises a civil action where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## Complete Diversity

18.     Connell Solera is a New Jersey limited liability company and therefore holds the citizenship of its members. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015); Exhibit A, at ¶ 1; Exhibit E.

19.     Connell Solera's sole member is Connell Real Estate Holdings LLC. *See* Exhibit E.

20.     Connell Real Estate Holdings LLC is a New Jersey limited liability company and therefore holds the citizenship of its members. *Id*. at 2.

21.     The sole member of Connell Real Estate Holdings LLC is The Connell Company. *Id*.

4

22.     The Connell Company is a New Jersey corporation with its principal place of business located in Berkeley Heights, New Jersey.  It is a citizen of the State of New Jersey. *Id.* at 4.

23.     No citizen of any State other than New Jersey holds any membership interest, directly or through another limited liability company, in Connell Solera.

24.     Accordingly, Connell Solera, by virtue of the citizenship of its member and its member's member, is a citizen of the State of New Jersey.

25.     Lubrizol is a Delaware corporation with its principal place of business in Brecksville, Ohio.  It is a citizen of the States of Ohio and Delaware. *See* Exhibit A, at ¶ 2; Exhibit F.

26.     Charlotte Pipe is a North Carolina corporation with its principal place of business in Charlotte, North Carolina.  It is a citizen of the State of North Carolina, and has been since 1901. Exhibit A, at ¶ 3; Exhibit F, at 5.

27.     Cresline is an Indiana corporation with its principal place of business in Evansville, Indiana.  It is a citizen of the State of Indiana. Exhibit A, at ¶ 4; Exhibit F, at 7.

28.     Accordingly, there is complete diversity between Connell Solera and Defendants.

### Miscellaneous

29.     By filing this Notice of Removal, Defendants do not waive any defense that may be available to them, including failure to state a claim upon which relief may be granted, lack or failure of service, expiration of any relevant statute of limitations or repose, or lack of standing.

30.     No Defendant has responded to the Complaint in the state court action.

31.     Pursuant to 28 U.S.C. § 1446(d) and D.Colo.LCivR 81.1, this Notice of Removal has been sent to all other parties in this action and has been filed with the clerk of court for the District Court for the City and County of Denver.  In addition, within fourteen days after the filing

of this Notice of Removal, Defendants will file a current state court docket sheet (Register of Actions) and will separately file each pending motion, petition, and related response, reply, and brief.  No hearing has been set in the state court case.

32.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants are attached.  *See* Exhibits A, B, C, and G.

33.     Pursuant to D.C.COLO.LAttyR 5(a)(3)(C), the undersigned hereby certify that they are members in good standing of the bar of this Court.

<u>**Conclusion**</u>

34.     Based on the foregoing, Defendants respectfully request that this Court take jurisdiction over this matter to its conclusion and to final judgment to the exclusion of further proceedings in the state court, in accordance with law.

Respectfully submitted,

    */s/ Jeffrey J. Lauderdale*
**Jeffrey J. Lauderdale**
The Lubrizol Corporation
29400 Lakeland Boulevard
Wickliffe, Ohio 44092
Telephone: (440) 347-5753
Facsimile: (440) 347-2828
E-mail: jeffrey.lauderdale@lubrizol.com

**Greg S. Hearing**
Gordon Rees Scully Mansukhani, LLP
555 17th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 200-6898
Facsimile: (303) 534-5161
E-mail: ghearing@grsm.com

Attorneys for Defendant,
Lubrizol Advanced Materials, Inc.

  /s/ Edward C. Stewart
**Edward C. Stewart**
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: 303-244-1853
Facsimile: 303-244-1879
E-mail: stewart@wtotrial.com

Attorney for Defendant,
Charlotte Pipe & Foundry Co.


  /s/ Michael J. Decker
**Michael J. Decker**
Murphy & Decker, P.C.
730 17th Street, Suite 925
Denver, Colorado 80202
Telephone: 720-644-5442
Facsimile: 303-468-5981
E-mail: mdecker@murphydecker.com

Attorney for Defendant,
Cresline Plastic Pipe Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Removal* was served this 3rd day of

February, 2021, via e-mail and First Class U.S. Mail, upon the following:

Timothy W. Gordon, Esq.
J. Lee Gray, Esq.
Shawn A. Eady, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado 80202-3921
tgordon@hollandhart.com
lgray@hollandhart.com
saeady@hollandhart.com

*Attorneys for Plaintiff,*
*Connell Solera, LLC*

  */s/ Jeffrey J. Lauderdale*
One of the Attorneys for Defendant,
Lubrizol Advanced Materials, Inc.